UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA KROH,<br><br>              Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant | CIVIL ACTION NO. 3:13-CV-01533<br><br>(MEHALCHICK, M.J.) |

**ORDER**

**AND NOW**, this 4th day of September, 2014, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter final judgment **REVERSING** the decision of the Commissioner of Social Security and **REMANDING** this case to the Commissioner for further proceedings consistent with the Memorandum Opinion;

2. On remand, the Commissioner is **DIRECTED** to reopen and fully develop the record before rendering a ruling on the Plaintiff's claim; and

3. The Clerk of Court shall **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**